UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **Roberto CHAVEZ-Nunez,**  Defendant | Magistrate Docket No.  COMPLAINT FOR VIOLATION OF:  Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **April 24, 2008** within the Southern District of California, defendant, **Roberto CHAVEZ-Nunez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF **APRIL 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Roberto CHAVEZ-Nunez

## PROBABLE CAUSE STATEMENT

On April 24, 2008, Border Patrol Agent E. Caliri was performing assigned line watch duties in the Imperial Beach area of operations. At approximately 12:05 AM, Agent Caliri responded to sensor activation in an area known as Smugglers Canyon. This area is located approximately two hundred yards north of the U.S./Mexico International Border, and four miles west of the San Ysidro, California Port of Entry.

Upon arriving at the location, Agent Caliri observed footprints in the area and followed the footprints north. Agent Caliri found two individuals attempting to hide. Agent Caliri identified himself as a United States Border Patrol Agent and questioned each as to his citizenship. Both individuals including one later identified as defendant **Roberto CHAVEZ-Nunez,** admitted to being citizens and nationals of Mexico without any immigration documents which would allow them to enter or remain in the United States legally. Both subjects were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 19, 1998** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.