KAREN P. HEWITT
United States Attorney
A. DALE BLANKENSHIP
Assistant U.S. Attorney
California State Bar No. 235960
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6199/(619) 235-2757 (Fax)
Email: Dale.Blankenship@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1622-H |
|---|---|---|
| Plaintiff, | ) ) | DATE: July 14, 2008<br>TIME: 2:00 p.m. |
| v. | ) ) | GOVERNMENT'S NOTICE OF MOTION |
| ROBERTO CHAVEZ-NUNEZ, | ) ) | AND MOTION FOR RECIPROCAL<br>DISCOVERY AND FINGERPRINT |
| Defendant. | ) | EXEMPLARS |
| _____ | ) | |

NOTICE OF MOTIONS

TO:    Norma Aguilar, Esq., Federal Defenders of San Diego, Inc., Counsel for defendant Roberto Chavez-Nunez,

PLEASE TAKE NOTICE that on Monday, July 14, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery and Fingerprint Exemplars.

//
//
//
//
//

<u>MOTIONS</u>

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery and fingerprint exemplars.

DATED: July 8, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ A. Dale Blankenship
A. DALE BLANKENSHIP
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Dale.Blankenship@usdoj.gov

KAREN P. HEWITT
United States Attorney
A. DALE BLANKENSHIP
Assistant United States Attorney
California State Bar No. 235960
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6199/(619) 235-2757 (Fax)
Email: Dale.Blankenship@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1622-H |
|---|---|---|
| Plaintiff, | ) ) ) | DATE: July 14, 2008<br>TIME: 2:00 p.m. |
| ROBERTO CHAVEZ-NUNEZ, | ) ) ) ) | STATEMENT OF FACTS AND<br>MEMORANDUM OF POINTS AND<br>AUTHORITIES IN SUPPORT OF |
| Defendant. | ) ) ) | GOVERNMENT'S MOTION FOR<br>RECIPROCAL DISCOVERY AND<br>FINGERPRINT EXEMPLARS |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, and hereby files the attached statement of facts and memorandum of points and authorities in support of government's motion for reciprocal discovery and fingerprint exemplars.

//
//
//
//
//
//
//

**I**

## STATEMENT OF THE CASE

On May 21, 2008, a federal grand jury in the Southern District of California returned a one-count Indictment charging Defendant being a deported alien found in the United States, in violation of Title 8, United States Code, Section 1326. Defendant was arraigned on the Indictment on May 22, 2008, and entered a not guilty plea.

**II**

## STATEMENT OF FACTS

### A. INSTANT OFFENSE

On April 24, 2008, United States Border Patrol Agent Edward C. Caliri responded to a sensor activation in an area known as "Smuggler's Canyon," at approximately 12:05 a.m. Smuggler's Canyon is located approximately 200 yards north of the United States border, and four miles west of the San Ysidro, California, Port of Entry. This area is commonly used by undocumented aliens to unlawfully enter the United States.

When Agent Caliri arrived at the location of the sensor, he observed footprints and followed them north to an area known as the "Southern Crossover." When he arrived in the area of the Southern Crossover, Agent Caliri found two individuals attempting to conceal themselves in the brush. Agent Caliri conducted an immigration interview with both subjects. During the field interview, Defendant stated that he was a citizen of Mexico without documents that would allow him to enter or remain in the United States. Both individuals were arrested and taken to the Imperial Beach Border Patrol Station for processing.

At the Border Patrol Station, Defendant's fingerprints and photograph were entered into the Department of Homeland Security's databases. The database queries revealed that Defendant had a prior aggravated felony conviction and prior deportation.

### B. POST-MIRANDA STATEMENT

Border Patrol Agent Ricardo Sepulveda advised Defendant of his <u>Miranda</u> rights in the Spanish language. Defendant invoked.

### C.   **DEFENDANT'S CRIMINAL HISTORY**

On November 20, 1993, Defendant was convicted of inflicting corporal injury to spouse/cohabitant in violation of Cal. Penal Code § 273.5(a) and he was sentenced to 12 days jail and three years probation. On April 14, 1997, Defendant was convicted of unlawful sexual intercourse with a minor in violation of Cal. Penal Code § 261.5(d). Defendant was sentenced to 3 years incarceration.

### D.   **DEFENDANT'S IMMIGRATION HISTORY**

On November 19, 1998, Defendant was ordered removed from the United States by an immigration judge. Defendant was removed pursuant to that order on November 19, 1998. Defendant's immigration documents reflect the A-Number 94 478 066. This number is incorrect. Defendant's correct A-Number is 92 478 066. Defendant's photograph and fingerprint appear on both the warrant of deportation. Defendant's fingerprint appears on the Warning to Alien Ordered Removed. The incorrect A-Number on the deportation documents appears to have been the result of a typographical error. Defendant's correct A-Number is 92 478 066.

## III

## **GOVERNMENT'S MOTIONS**

### A.   **UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY**

The Government has voluntarily complied and continues to comply with the requirements of Rule 16(a). To date, the Government has provided 36 pages of discovery, and 1 cd to Defendant. The United States, pursuant to Rule 16(b), hereby requests defendant to permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of defendant and which he intends to introduce as evidence in his case-in-chief at trial.

The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of defendant, which he intends to introduce as evidence-in-chief at the trial or which were prepared by a witness whom defendant intends to call as a witness. The United States also requests that the court make such orders as it deems necessary under Rule 16(d)(1) and (2) to insure that the United States receives the discovery to which

1  it is entitled.

2        Federal Rule of Criminal Procedure 26.2 requires the production of prior statements of all
3  witnesses, except the defendant. The time frame established by the rule requires the statement to be
4  provided after the witness has testified, as in the Jencks Act. Therefore, the United States hereby
5  requests that defendant be ordered to supply all prior statements of defense witnesses by a reasonable
6  date before trial to be set by the court. This order should include any form these statements are
7  memorialized in, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

8      **B.    THE UNITED STATES'S MOTION FOR FINGERPRINT EXEMPLARS SHOULD BE GRANTED**

9

10       Part of the United States' burden of proof in this case is to satisfy the jury that the Defendant is
11 the same individual who was deported from the United States to Mexico. To make that showing, the
12 United States will call an expert in fingerprint identification to testify that the Defendant is in fact the
13 individual whose fingerprints appear on the warrant of deportation. The most efficient and conclusive
14 manner of establishing this information is to permit the expert witness himself to take a set of
15 Defendant's fingerprints for comparison.

16       Defendant's fingerprints are not testimonial evidence. See Schmerber v. California, 384 U.S.
17 757 (1966). Using identifying physical characteristics, such as fingerprints, does not violate Defendant's
18 Fifth Amendment right against self-incrimination. See United States v. DePalma, 414 F.2d 394, 397
19 (9th Cir. 1969); Woods v. United States, 397 F.2d 156 (9th Cir. 1968). The United States therefore
20 respectfully requests that the Court order that Defendant make himself available for fingerprinting by
21 the United States' fingerprint expert.

22 //
23 //
24 //
25 //
26 //
27 //
28 //

# IV

# **CONCLUSION**

For the foregoing reason, the Government respectfully requests that its motions for reciprocal discovery and fingerprint exemplars be granted.

DATED: July 8, 2008.

                                  Respectfully Submitted,

                                  KAREN P. HEWITT
                                  United States Attorney

                                  S/ A. Dale Blankenship
                                  A. DALE BLANKENSHIP
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff
                                  United States of America
                                  Email: Dale.Blankenship@usdoj.gov

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **SOUTHERN DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1622-H |
| Plaintiff, | ) ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) | |
| ROBERTO CHAVEZ-NUNEZ, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, A. DALE BLANKENSHIP, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY and FINGERPRINT EXEMPLARS** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Norma Aguilar, Esq., Federal Defenders of San Diego, Inc.**
**Norma_Aguilar@fd.org**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2008.

                                            s/ A. Dale Blankenship
                                            A. DALE BLANKENSHIP